# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**VERONICA PIERCE**
**AND FLINT PIERCE,**

    **Plaintiffs,**

**v.**                            **Cause No. 1:15-CV-00758-LF-KBM**

**GOVERNING COUNCIL FOR**
**ALICE KING COMMUNITY**
**SCHOOL, et al.,**

    **Defendants.**

---

## STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE

## AGAINST DEFENDANT TAMARA HENDERSON

---

    **COME NOW,** the parties, by and through their undersigned attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and hereby stipulate to the voluntary dismissal of all claims with prejudice against Defendant Tamara Henderson.

    All claims brought, or which could have been brought, herein by the Plaintiffs against Defendant Tamara Henderson are hereby dismissed with prejudice.

                    Respectfully Submitted,

                    **The Law Office of Lucero & Howard, LLC**

                    */s/ Leon Howard III*
                    Leon Howard III, Esq.
                    PO Box 25391
                    Albuquerque, NM 87125

-and-

**Freedman, Boyd, Hollander,
Goldberg, Urias & Ward, P.A.**

_____*/s/ Vincent J. Ward*_____
Vincent J. Ward, Esq.
Frank T. Davis, Esq.
PO Box 25326
Albuquerque, NM 87125

*Attorneys for Plaintiffs*


**NARVAEZ LAW FIRM, P.A.**

_____*/s/ Henry F. Narvaez*_____
Henry F. Narvaez, Esq.
Michael B. Calderón, Esq.
*Attorneys for Defendant Henderson*
P.O. Box 25967
Albuquerque, NM 87125-0967


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of September 2017, I filed the foregoing electronically through the Court's electronic filing system (CM/ECF), which caused the above counsel of record to be served by electronic means.

*/s/ Henry F. Narvaez*_____
**Henry F. Narvaez, Esq.**