IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VERONICA PIERCE, et al.,**

    Plaintiffs,

v.                                              Cause No. 1:15-CV-00758- LF-KBM

**ALICE KING COMMUNITY SCHOOL,**

    Defendant.

## ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED ORDER DISMISSING DEFENDANT ALICE KING COMMUNITY SCHOOL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion for Entry of Stipulated Order Dismissing Defendant Alice King Community School with Prejudice, [Doc. 93], and the Court having reviewed said Motion and being otherwise fully advised, FINDS that the Motion is well taken and is HEREBY GRANTED.

IT IS THEREFORE ORDERED THAT all claims brought, or which could have been brought, in this action against Defendant Alice King Community School are hereby dismissed with prejudice, and *Plaintiffs' Amended Complaint*, [Doc. 10], is hereby dismissed with prejudice. IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE